# BORDER CROSSING ACTIVITY
## GU06BS12GU0001
### 2010

CASE NO. 1:17cr68
U.S.A.
VS. Villalva-Patricio
PLAINTIFF'S EXHIBIT G-2
DATE _____ IDEN.
DATE 10/26/2017 EVID.
BY [signature] Deputy Clerk
AO 386

**JOSE LUIS SANTOS GARCIA**

- P 1/30/2010 (V)
- P 3/16/10 (V)
- P 3/17/10 (V V)
- V 5/9/10 (V)
- P 6/24/10 (V)
- V 7/6/10 (P)
- V 7/23/10 (V)
- V 01:36
- V 03:21
- V 10:57
- V 14:47
- V
- V
- V

**PAULA M. VILLALVA PATRICIO**

- 01/23/10 (V)
- 02/8/10 (V)
- 03/6/10 (V)
- 03/28/10 02:38 05:08 (V V)
- 04/22/10 (V)
- 06/12/10 (V)
- 06/23/10 (P)
- 08/14/10 (V)
- 09/7/10 (V)
- 10/8/10 (V)
- 11/7/10 10:31 (V)
- 11/29/10 (V)
- 12/17/10 (V)
- 12/24/10 (V)

**JAVIER MOLINA**

- 01:43
- 03:24
- 11:03
- 10:25
- 14:59
- V V V V V V V
- 12/16/2010 P

GOVERNMENT EXHIBIT 2



BORDER CROSSING ACTIVITY
GU06BS12GU0001
2011